**ORIGINAL**

Form 1-1

| UNITED STATES COURT OF INTERNATIONAL TRADE | FORM 1 |
|---|---|
| LeMans Corporation                    **Plaintiff,**<br>v.<br>UNITED STATES,<br>                                       **Defendant.** | 06-00235<br><br>S U M M O N S |

TO: The Attorney General and the Secretary of Homeland Security

PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U S C § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule)

/s/ Leo M Gordon
Clerk of the Court

### PROTEST

| Port of Entry | Chicago | Date Protest Filed | 10-13-05 |
|---|---|---|---|
| Protest Number | 3901-05-100984 | Date Protest Denied | 03-02-06 |
| Importer | LeMans Corporation | | |
| Category of Merchandise | Entered under Chapter 61 or 62, HTSUS. | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 279-9317223-1 | 09-28-04 | 08-12-05 | | | |
| 279-9318358-4 | 10-05-04 | 08-19-05 | | | |
| ****** PLEASE SEE CONTINUATION SHEET ****** | | | | | |
| ****** A TOTAL OF 3 | PROTESTS, 1 | PORT ON THIS | SUMMONS****** | | |

Port Director,

U.S. Customs and Border Protection
610 S. Canal Street, Room 306
Chicago, IL 60607

Address of Customs Port in
Which Protest was Denied

Jessica Rifkin
Rodriguez O'Donnell Ross Fuerst
Gonzalez Williams & England. P.C.
8430 W. Bryn Mawr, Ste. 525
Chicago, IL 60631
(773) 314-5000

Name, Address and Telephone Number
of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised | | |
| Protest Claim | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Motocross pants (AC S5, Core S5, Core S5 Youth, XCR, M1 Kids, M1) | 6210 40 5030 | 7 1% | 9506 91 0030 or 9506 99.6080 | 4 6% or 4 0% |
| Motocross pants (Super Duty) | 6210 40 9033 | 6 2% | 9506.91 0030 or 9506 99.6080 | 4.6% or 4 0% |
| Motocross Jerseys (Phase S5, Men's and Boy's, Core S5. Men's And Boy's, Men's AC S5) | 6110 30 3050 | 32% | 9506 91.0030 or 9506.99 6080 | 4 6% or 4 0% |
| Motorcycle/Power Riding Jackets (Airtex) | 6201 93 3000 | 7 1% | 9506 91 0030 or 9506 99 6080 | 4 6% or 4 0% |
| Motorcycle/Power Riding Jackets (Super Duty. Merc, Tarmac) | 6201 92 1500 | 6 2% | 9506 91 0030 or 9506 99 6080 | 4 6% or 4 0% |

**Other**
State Specifically the Decision [as Described in 19 U S.C § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests

Whether the motocross pants and jerseys and motorcycle/power riding jackets are properly classifiable as sports equipment in heading 9506

Every denied protest included in this civil action was filed by the same above-named importer. or by an authorized person in the importer's behalf  The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest  The issue or issues stated above were common to all such denied protests  All such protests were filed and denied as prescribed by law  All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown

_____
Signature of Plaintiff's Attorney

7/12/06
_____
Date

Form 1-3

CONTINUATION SHEET

SCHEDULE OF PROTESTS
THERE IS A TOTAL OF 3 PROTESTS FOR THE PORT OF CHICAGO

**CHICAGO**
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 3901-05-101149 | 12-01-05 | 03-22-06 | 279-9319462-3 | 10-20-04 | 09-02-05 |
| 3901-05-101149 | 12-01-05 | 03-22-06 | 279-9322594-8 | 12-02-04 | 10-14-05 |
| 3901-05-101149 | 12-01-05 | 03-22-06 | 279-9322698-7 | 12-02-04 | 10-21-05 |
| 3901-05-101149 | 12-01-05 | 03-22-06 | 279-9323242-3 | 12-13-04 | 10-28-05 |
| 3901-06-100001 | 12-28-05 | 03-22-06 | 279-9323292-8 | 12-10-04 | 10-21-05 |
| 3901-06-100001 | 12-28-05 | 03-22-06 | 279-9325700-8 | 01-18-05 | 12-02-05 |
| 3901-06-100001 | 12-28-05 | 03-22-06 | 279-9326540-7 | 01-30-05 | 12-16-05 |
| 3901-06-100001 | 12-28-05 | 03-22-06 | 279-9326530-8 | 01-31-05 | 12-16-05 |
| 3901-06-100001 | 12-28-05 | 03-22-06 | 279-9326061-4 | 02-03-05 | 12-16-05 |

Port Director of Customs,

U S Customs and Border Protection
610 S Canal Street, Room 306
Chicago, IL 60607

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided

(As amended Sept 30, 2003, eff Jan 1, 2004)

RECEIVED & FILED

2006 JUL 17 P 12: 09

U.S COURT OF
INTERNATIONAL TRADE
LEO M GORDON, CLERK

IN ACCORDANCE WITH THE PROVISION
OF RULE 5(e), THIS PAPER IS DEEMED
FILED AS OF THE DATE OF MAILING-
7-13-06